1 | Donald Peder Johnsen (011545)
2 | dpj@gknet.com
  | GALLAGHER & KENNEDY, P.A.
3 | 2575 East Camelback Road
  | Phoenix, Arizona 85016-9225
4 | (602) 530-8000
5 | Attorneys for defendant

6

7 | IN THE UNITED STATES DISTRICT COURT

8 | FOR THE DISTRICT OF ARIZONA

9

| Equal Employment Opportunity | ) No. CV 2006-02331-PHX-FJM
10 | Commission, | )
| | )
11 | | )
| Plaintiff, | ) **STIPULATION TO APPROVAL OF**
12 | | ) **SETTLEMENT AGREEMENT**
13 | v. | )
| | )
14 | | )
| Target Stores, Inc., d/b/a/ Target Financial | )
15 | Services, | )
| | )
16 | Defendant. | )
17 | | )

18

19 |      The parties herein, by and through their respective undersigned counsel,

20 | stipulate to the approval by the Court of the Settlement Agreement attached hereto as

21 | Exhibit A.

22 |      DATED this 7th day of January, 2008.

23 |      EQUAL EMPLOYMENT OPPORTUNITY
   |      COMMISSION

24 |      By:/s/ P. David Lopez (with permission)

25 |        Mary Jo O'Neill
   |        Regional Attorney
26 |        Sally Shanley
   |        Supervisory Trial Attorney
27 |        P. David Lopez
   |        Trial Attorney
28 |        Attorneys for plaintiff

1

1

2

DATED this 7th day of January, 2008.

GALLAGHER & KENNEDY, P.A.

By:/s/ Donald Peder Johnsen

3

Attorneys for defendant

4

5

6

I certify that on this 7th day of January, 2008, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

7

8

P. David Lopez (DC No. 426463)
Attorneys for plaintiff

9

/s/ Donald Peder Johnsen

10

1737291

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28