IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission, | ) No. CV 06-02331-PHX-FJM )  ) |
| Plaintiff, | ) **ORDER** ) |
| v. | ) ) |
| Target Stores, Inc., d/b/a/ Target Financial Services, | ) ) ) |
| Defendant. | ) ) ) |

The court has before it a "Stipulation to Approval of Settlement Agreement" (doc. 27). Court approval is sought because, upon breach, the parties may seek court enforcement of the agreement. Court approval of the stipulation would be akin to a consent decree. Because Target consents to the terms of the agreement and because there is nothing in the agreement that is obviously in conflict with the public interest, the court grants the parties' joint request and approves of the stipulated settlement agreement.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to that agreement and the parties' notice of settlement (doc. 26), IT IS FURTHER ORDERED dismissing this action with prejudice and on the merits with each party to bear its own costs and fees.

Dated this 9th day of January, 2008.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge